1

ROBERTSON v. STATE. (No. 10779.) (Court of Criminal Appeals of Texas. Feb. 9, 1927.) Appeal from District Court, Limestone County; J. R. Bell, Judge. Tom Robertson was convicted of selling intoxicating liquor and he appeals. Affirmed. Wm. Kennedy and Glover Engledow, both of Groesbeck, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction of the unlawful sale of intoxicating liquor; punishment, one year in the penitentiary. The record is bare of statement of facts or bills of exception. The indictment appears to sufficiently charge the offense, and the charge of the court is a fair presentation of the law. No error appearing, the judgment will be affirmed.

2

Robert SCOTT v. STATE. (No. 10788.) (Court of Criminal Appeals of Texas. Feb. 16, 1927.) Appeal from District Court, Houston County; Ben F. Dent, Judge. Nat Patton, of Crockett, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appellant is under conviction for murder; the punishment being 25 years in the penitentiary. No statement of the facts proven on the trial are found in the record, and no bills of exception bringing forward complaint of any proceeding. The indictment charges the offense, and the court's instructions are appropriate to·facts provable thereunder. Nothing is presented to this court for review. The judgment is affirmed.

3

Josephine SMITH v. STATE. (No. 10555.) (Court of Criminal Appeals of Texas. Jan. 19, 1927.) Commissioners' Decision. Appeal from District Court, Stephens County; C. O. Hamlin, Judge. Parker &· Moore, of Fort Worth, for appellant. Sam D. Stinson, State's Atty.,, of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BETHEA, J. The appellant was convicted in the district court of Stephens county for the offense of unlawfully selling intoxicating liquor, and her punishment assessed at one year in the penitentiary. The appellant has filed in · this court her personal affidavit in writing, duly sworn to, requesting that this appeal be dismissed. Having carefully examined said affidavit, and found same to be in due form, the request is hereby granted, and the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

4

Monroe STAFFORD v. STATE. (No. 10710.) (Court of Criminal Appeals of Texas. Jan. 19, 1927.) Commissioners' Decision. Appeal from District Court, Knox County; J. H. Milam, Judge. J. S. Kendall, of ·Munday, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BAKER, J. The appellant was convicted of assault with intent to rape in the district court of Knox county, and his punishment assessed at two years in the penitentiary. The appellant has filed in this court his personal affidavit in writing, duly sworn to, requesting that this appeal be dismissed. Having carefully examined said affidavit, and found same to be in due form, the request is hereby granted, and the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.